THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL t_stew_3@yahoo.com
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No.  CV 12-6176 NC |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| THANH V. DIHN, NGOC NGUYEN, | |
| Defendants. _____/ | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for 18 months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

CV 12-6176 NC                                           1

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for 18 months after the date hereof.

Date:   July 15, 2013                                                                 Date: July 15, 2013

S/Thanh V. Dihn,                                                                     S/Thomas N. Stewart, III
Defendant                                                                                  Attorney for Plaintiff

Date: July 15, 2013

S/Ngoc Nguyen,
Defendant

Attestation

I have the holograph signatures of Thanh V. Dihn and Ngoc Nguyen which are indicated on the signature blocks of this document.

I declare under penalty of perjury that the foregoing is correct and that this Attestation was executed by me at Clayton, California on July 15, 2013.

S/Thomas N. Stewart, III

IT IS SO ORDERED

Date:  July 23, 2013

_____
Judge/Magistrate

CV 12-6176 NC



GRANTED
Judge Nathanael M. Cousins